IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SAMANTHA WATTS, ET AL. | Case No. |
| Plaintiffs, | Judge: |
| v. | |
| ST. JOHN CENTRAL ACADEMY | MOTION FOR ADMISSION OF KEITH ALTMAN *PRO HAC VICE* |
| Defendant | |

Joshua Engel, attorney for Plaintiffs in the above-referenced action, hereby moves the court to admit Keith Altman, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiffs.

Movant represents that Altman is a member in good standing of the highest court of Michigan as attested by the accompanying certificate from that court and that is not eligible to become a member of the permanent bar of this Court.

This Motion is accompanied by the required filing fee.  Altman's relevant identifying information is as follows:

> The Law Office of Keith Altman
> 33228 West 12 Mile Road, Suite 375
> Farmington Hills, Michigan 48331
> Telephone: (248) 987-8929
> keithaltman@kaltmanlaw.com

1

2

        Respectfully submitted,

        <u>    /s/ Joshua Engel    </u>
        Keith Altman, Esq. (*pro hac vice* to be applied for)
        The Law Office of Keith Altman
        33228 West 12 Mile Road, Suite 375
        Farmington Hills, Michigan 48331
        Telephone: (248) 987-8929
        keithaltman@kaltmanlaw.com

        Joshua Adam Engel (0075769)
        ENGEL AND MARTIN, LLC
        4660 Duke Dr., Suite 101
        Mason, OH 45040
        (513) 445-9600
        engel@engelandmartin.com