# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

## Keith Altman

was admitted to the practice of law in the courts of the State of Michigan on

## June 21, 2017

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: February 08, 2023

_____
Clerk



# Michigan Supreme Court Clerk's Office

| | |
|---|---|
| ReceiptID | 62254 |
| PAYMENTDATE | 2/8/2023 |
| SENDER | Altman, Keith |
| MSCCOANUMBER | P81702 |
| CONTENTS | CERTIFICATE |
| AMOUNTPAID | $10.00 |
| TYPEPAYMENT | Credit card |
| CHECKMONUMBER | |
| NOTES | (Jill Gelhausen pmt) |



Clerk of the Court
PO Box 30052
Lansing, MI 48909-7552
517-373-0120
ClerkInfo@courts.mi.gov