# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SAMANTHA WATTS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2:23-cv-00959- |
| | ) | MHW-EPD |
| v. | ) | |
| | ) | The Honorable Michael H. Watson |
| ST. JOHN CENTRAL ACADEMY, | ) | Mag. Judge Elizabeth A. Preston |
| INC. | ) | Deavers |
| | ) | |
| Defendant. | ) | **NOTICE OF APPEARANCE** |
| | ) | |

Now comes, Diem N. Kaelber of the law firm of FisherBroyles, LLP, a member in good standing of the bar in Ohio and admitted to practice before this Court, hereby provides notice of her appearance as counsel for Defendant, St. John Central Academy, Inc. ("Defendant") in this action.

Mrs. Kaelber respectfully requests that all future correspondence and notices regarding this case should be addressed to Mrs. Kaelber through the CM/ECF electronic filing and service system or electronic mail.

Mrs. Kaelber's address, phone number, and bar number are as follows:

Diem N. Kaelber [SBN # 0087155]
FISHERBROYLES, LLP
Galleria at PNC Plaza
20 S. 3rd Street, Suite 210
Columbus, Ohio 43215
Telephone: 408-898-3170
Facsimile: 866-414-5083
diem.kaelber@fisherbroyles.com

1

June 20, 2023                                    Respectfully submitted,

                                                 */s/ Diem N. Kaelber*
                                                 Diem N. Kaelber (0087155)
                                                 FISHERBROYLES, LLP
                                                 Galleria at PNC Plaza
                                                 20 S. 3rd Street, Suite 210
                                                 Columbus, Ohio 43215
                                                 Phone:       (408) 898-3170
                                                 Facsimile:  (866) 414-5083
                                                 Diem.kaelber@fisherbroyles.com

                                                 *Counsel for Defendant*
                                                 *St. John Central Academy, Inc.*

2

## PROOF OF SERVICE

The undersigned hereby certifies that on June 20, 2023, a true and accurate copy of the foregoing was filed with the Court's electronic filing system.  Notice of this filing will be sent by operation of the Court's CM/ECF system to counsel for all parties in this action indicated on the electronic filing receipt, including those that follow:

Keith Altman, Esquire
The Law Office of Keith Altman
33228 W. 12 Mile Road, Suite 375
Farmington Hills, MI 48331
Email: keithaltman@kaltmanlaw.com

Joshua Adam Engel, Esquire
ENGEL AND MARTIN, LLC
4660 Duke Drive, Suite 101
Mason, OH 45040
Email: engel@engelandmartin.com

*/s/ Diem N. Kaelber*
Diem N. Kaelber (0087155)
*Counsel for Defendant*
*St. John Central Academy, Inc.*