THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SAMANTHA WATTS, et al.,

v.

ST. JOHN CENTRAL ACADEMY, INC.

Case No. 2:23-cv-00959
Judge: Judge Michael H. Watson/Mag. Judge Elizabeth A. Preston Deavers
Corporate Disclosure Statement

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

St. John Central Academy, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ___ YES    ✔ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ___ YES    ✔ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.

*[signature]*                                    06/21/2023
Signature of Counsel                              Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## PROOF OF SERVICE

The undersigned hereby certifies that on June 21, 2023, a true and accurate copy of the foregoing was filed with the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's CM/ECF system to counsel for all parties in this action indicated on the electronic filing receipt, including those that follow:

| | |
|---|---|
| Keith Altman, Esquire<br>The Law Office of Keith Altman<br>33228 W. 12 Mile Road, Suite 375<br>Farmington Hills, MI 48331<br>Email: keithaltman@kaltmanlaw.com | Joshua Adam Engel, Esquire<br>Engel and Martin, LLC<br>4660 Duke Drive, Suite 101<br>Mason, OH 45040<br>Email: engel@engelandmartin.com |

*/s/ Diem N. Kaelber*
Diem N. Kaelber (0087155)

*Counsel for Defendant*
*St. John Central Academy, Inc.*