# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

SAMANTHA WATTS, *et al.*,

    Plaintiff,

v.

                      Case No. 2:23-cv-959
                      Judge Michael H. Watson
                      Magistrate Judge Elizabeth P. Deavers

ST. JOHN CENTRAL ACADEMY, INC,

    Defendant.

## ORDER

On March 14, 2023, Plaintiffs filed a Motion for Leave to Proceed Anonymously. (ECF No. 2.) If Defendant wishes to be heard on the issue, then Defendant is **DIRECTED** to file a response brief by no later than **JULY 20, 2023**. Plaintiff should not file a Reply brief unless directed to do so by the Court.

    **IT IS SO ORDERED.**

Date:  July 6, 2023                      /s/ *Elizabeth A. Preston Deavers*
                                                ELIZABETH A. PRESTON DEAVERS
                                                UNITED STATES MAGISTRATE JUDGE