IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SAMANTHA WATTS, *et al.*,

    Plaintiffs,

    v.

ST. JOHN CENTRAL ACADEMY, INC,

    Defendant.

Case No. 2:23-cv-959
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6). (ECF No. 14.) For good cause, the Motion is **GRANTED**. Plaintiffs shall have until **AUGUST 8, 2023** to respond to Defendants' Motion to Dismiss.

    **IT IS SO ORDERED.**

Date: July 10, 2023

/s/ *Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE