# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SAMANTHA WATTS, et al., | ) |
| Plaintiffs, | ) Civil Action No. 2:23-cv-00959-MHW-EPD |
| v. | ) |
| | ) The Honorable Michael H. Watson |
| ST. JOHN CENTRAL ACADEMY, INC., | ) Mag. Judge Elizabeth A. Preston Deavers |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COME NOW** the Plaintiffs, Samantha Watts on behalf of her child, CW, a minor and SW, and voluntarily dismiss this lawsuit in its entirety without prejudice, pursuant to Fed.R.Civ.P. 41(A)(i).

Date: August 8, 2023

Respectfully Submitted,

*/s/ Keith Altman*
Keith Altman, Esq. (*pro hac vice*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 8, 2023, a true and accurate copy of the foregoing was filed with the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's CM/ECF system to counsel for all parties in this action indicated on the electronic filing receipt.

Dated: August 8, 2023                             */s/ Keith Altman*
                                                  Keith Altman, Esq. (*pro hac vice*)